| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Everardo Savala |
| | aka Larry Savala |
| Debtor 2 (Spouse, if filing) | Amalia R. Savala |
| United States Bankruptcy Court for the: | Southern District of Texas (State) |
| Case number | 17-35243 |

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| **Name of creditor:** | THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank, N.A., as Trustee for Centex Home Equity Loan Trust 2005-C As Serviced by Nationstar Mortgage LLC d/b/a Mr. Cooper | **Court claim no.** (if known): | 13-1 |
| **Last four digits** of any number you use to identify the debtor's account: | 5059 | | |

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: _____.

## Part 1:   Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | |
| 2. | Non-sufficient funds (NSF) fees) | | (2) | |
| 3. | Attorney fees | Plan Review    10/25/2017 | (3) | $300.00 |
| 4. | Filing fees and court costs | | (4) | |
| 5. | Bankruptcy/Proof of claim fees | | (5) | |
| 6. | Appraisal/Broker's price opinion fees | | (6) | |
| 7. | Property inspection fees | | (7) | |
| 8. | Tax advances (non-escrow) | | (8) | |
| 9. | Insurance advances (non-escrow) | | (9) | |
| 10. | Property preservation. Specify: | | (10) | |
| 11. | Other. Specify: | | (11) | |
| 12. | Other. Specify: | | (12) | |
| 13. | Other. Specify: | | (13) | |
| 14. | Other. Specify: | | (14) | |
| 15. | Total post-petition fees, expenses, and charges. Add all of the amounts listed above. | | (15) | $300.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1   Everardo Savala   Case Number (if known)   17-35243
          First Name  Middle Name  Last Name

## Part 2:  Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐   I am the creditor.

☒   I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ **Carlos Hernandez-Vivoni**
Signature

Date   01/30/2018

Print   **Carlos Hernandez-Vivoni**
        First Name  Middle Name  Last Name

Title   Authorized Agent for Nationstar Mortgage LLC d/b/a Mr. Cooper

Company   Bonial & Associates, P.C.

Address   14841 Dallas Parkway, Suite 300
          Number   Street

          Dallas, Texas  75254
          City   State   ZIP Code

Contact phone   (972) 643-6600   Email   POCInquiries@BonialPC.com

**CERTIFICATE OF SERVICE OF NOTICE OF POST PETITION MORTGAGE, FEES, EXPENSES AND CHARGES**

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before January 30, 2018 via electronic notice unless otherwise stated:

**Debtor**     *Via U.S. Mail*
Everardo Savala
2314 Susan Street
Houston, TX 77034-1039

**Co-Debtor**     *Via U.S. Mail*
Amalia R. Savala
2314 Susan Street
Houston, TX 77034-1039

**Debtors' Attorney**
Betsy D. Thomas
Pratt & Thomas
5100 WESTHEIMER RD STE 200
HOUSTON, TX  77056-5597

**Chapter 13 Trustee**
David G. Peake
9660 Hillcroft, Suite 430
Houston, Texas 77096-3856

Respectfully Submitted,

/s/ Carlos Hernandez-Vivoni