UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS



| | | | |
|---|---|---|---|
| In Re: | Everardo Savala and Amalia R. Savala<br>Debtor | Case No.: 17−35243<br>Chapter: 13 | ENTERED<br>02/12/2018 |

# ORDER CONFIRMING CHAPTER 13 PLAN
# AND VALUING COLLATERAL PURSUANT TO 11 U.S.C. §506

1. The Court has considered confirmation of the debtor(s)' chapter 13 plan that was proposed on 2/9/18.

2. All objections to the plan have been withdrawn or overruled.

3. The Court has determined that the plan meets all of the requirements of §1325 of the Bankruptcy Code.

4. Notwithstanding any estimate of the amount of a general or priority unsecured claim contained in the plan or in an order of the Court, the actual amount payable on priority claims will be the Allowed Amount of the priority claim and the actual pro−ration for distribution on general unsecured claims will be based on actual Allowed Amounts of general unsecured claims.

5. The value of the collateral for secured claims is in the amount set forth in the plan.

6. The plan is confirmed.

Signed and Entered on Docket: 2/12/18

JEFF BOHM
United States Bankruptcy Judge

```
                              United States Bankruptcy Court
                                Southern District of Texas
In re:                                                              Case No. 17-35243-jb
Everardo Savala                                                     Chapter 13
Amalia R. Savala
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 0541-4          User: admin              Page 1 of 2        Date Rcvd: Feb 13, 2018
                              Form ID: C5I             Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2018.
db/jdb         +Everardo Savala,    Amalia R. Savala,    2314 Susan Street,    Houston, TX 77034-1039
cr             +Nationstar Mortgage LLC d/b/a Mr. Cooper,    14841 Dallas Parkway, Suite 300,
                 Dallas, TX 75254-7883
cr             +THE BANK OF NEW YORK MELLON,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
10047853       +ARS/Account Resolution Specialist,    PO Box 459079,    Sunrise, FL 33345-9079
10047851       +Ad Astra Recovery,    7330 W 33rd St Ste 118,    Wichita, KS 67205-9370
10140091        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
10047854       +Concentricrm,    Po Box 550609,   Houston, TX 77255-0609
10096707       +Conn Appliances, Inc.,    c/o Becket and Lee LLP,    PO Box 3002,   Dept Conns,
                 Malvern PA 19355-0702
10047856       +Credence Resource Management,    PO Box 2300,    Southgate, MI 48195-4300
10127797        Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
10047862       +Nationstar Mortgage LLC,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,
                 Coppell, TX 75019-4620
10047865       +Pratt & Thomas,    Attorneys & Counselors at Law,    5100 Westheimer,   Suite 200,
                 Houston, Texas 77056-5597
10047866       +Santander Consumer USA,    PO Box 961245,   Ft Worth, TX 76161-0244
10064040       +Santander Consumer USA, Inc.,    P.O. Box 560284,    Dallas, TX 75356-0284
10138953       +THE BANK OF NEW YORK MELLON Trustee (See 410),    c/o Nationstar Mortgage LLC,
                 d/b/a Mr. Cooper,    PO Box 619094,   Dallas, Texas 75261-9094
10047869       +Target,   C/O Financial & Retail Srvs,    Mailstopn BT POB 9475,    Minneapolis, MN 55440-9475
10148184       +Texas Redacted Hospital,    Resurgent Capital Services,    PO Box 1927,
                 Greenville, SC 29602-1927
10068883        Texas Workforce Commission, Special Actions Unit,    Regulatory Integrity Division,
                 101 E. 15th Street, Room 556,    Austin, TX 78778-0001
10047872       +US Dept of Education,    Attn: Bankruptcy,   PO Box 16448,    Saint Paul, MN 55116-0448
10047870       +Us Dept Ed,   ECMC/Bankruptcy,    PO Box 16408,    St Paul, MN 55116-0408
10047871       +Us Dept Of Ed/Great Lakes Higher Educati,    Attn: Bankruptcy,    2401 International Lane,
                 Madison, WI 53704-3121
10047873       +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    PO Box 8053,   Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: houston_bankruptcy@LGBS.com Feb 13 2018 21:01:07     Harris County,
                 Linebarger Goggan Blair & Sampson LLP,    c/o Tara L. Grundemeier,    Post Office Box 3064,
                 Houston, TX 77253-3064
10148185       +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 13 2018 21:03:22
                 Bayshore Medical Center,    Resurgent Capital Services,    PO Box 1927,
                 Greenville, SC 29602-1927
10047855       +E-mail/Text: bncconnsnotices@becket-lee.com Feb 13 2018 21:02:09     Conns Credit Corp,
                 3295 College St,    Beaumont, TX 77701-4611
10047857       +E-mail/Text: electronicbkydocs@nelnet.net Feb 13 2018 21:01:10     Dept Of Ed/582/nelnet,
                 Attn: Claims/Bankruptcy,    PO Box 82505,   Lincoln, NE 68501-2505
10047859       +E-mail/Text: bankruptcy@gcefcu.org Feb 13 2018 21:00:16     Gulf Coast Educ Fcu,
                 5953 Fairmont Pkwy,    Pasadena, TX 77505-4021
10108088        E-mail/Text: houston_bankruptcy@LGBS.com Feb 13 2018 21:01:07     Harris County et al.,
                 c/o Tara L. Grundemeier,    Linebarger Goggan Blair & Sampson LLP,    P.O. Box 3064,
                 Houston, Tx 77253-3064
10052084        E-mail/Text: cio.bncmail@irs.gov Feb 13 2018 21:00:30     INTERNAL REVENUE SERVICE,
                 P O Box 7346,   Philadelphia PA 19101-7346
10047861       +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 13 2018 21:00:19     Kohls/Capital One,
                 Kohls Credit,    PO Box 3043,   Milwaukee, WI 53201-3043
10154377        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 13 2018 21:03:51
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank (South Dakota),,
                 N.A.,   Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
10154376        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 13 2018 21:03:50
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank USA, N. A.,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
10047863       +E-mail/Text: electronicbkydocs@nelnet.net Feb 13 2018 21:01:10     Nelnet,
                 Nelnet Claims/Bankruptcy,    PO Box 82505,   Lincoln, NE 68501-2505
10047864        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 13 2018 21:03:40
                 Portfolio Recovery,    PO box 41067,   Norfolk, VA 23541
10110891        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 13 2018 21:20:27
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
10047867       +E-mail/Text: stephanie@srcu.net Feb 13 2018 21:01:30     Shared Resources Credit Union,
                 2102 East Pasadena Freeway,    Pasadena, Texas 77506-1534
10047868       +E-mail/Text: bankruptcy@sw-credit.com Feb 13 2018 21:01:06     Southwest Credit Systems,
                 4120 International Parkway Ste 1100,    Carrollton, TX 75007-1958
10152864        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 13 2018 21:03:25     T Mobile/T-Mobile USA Inc,
                 by American InfoSource LP as agent,    PO Box 248848,    Oklahoma City, OK 73124-8848
10061436       +E-mail/Text: electronicbkydocs@nelnet.net Feb 13 2018 21:01:10     U.S. Department of Education,
                 C/O Nelnet,   121 South 13th Street Suite 201,    Lincoln, NE 68508-1911
                                                                                              TOTAL: 17
```

```
District/off: 0541-4           User: admin              Page 2 of 2             Date Rcvd: Feb 13, 2018
                               Form ID: C5I             Total Noticed: 39

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Nationstar Mortgage LLC d/b/a Mr. Cooper,    14841 Dallas Parkway Suite 300,
                Dallas, TX 75254-7883
10047852*      +Amalia R. Savala,    2314 Susan Street,    Houston, TX 77034-1039
10047858*      +Everardo Savala,    2314 Susan Street,    Houston, TX 77034-1039
10047860*      +IRS,   Special Procedures - Insolvency,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                    TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 12, 2018 at the address(es) listed below:
              Betsy D Thomas    on behalf of Debtor Everardo  Savala bthomas@prattandthomas.com,
               tpratt@prattandthomas.com;aurelia.eurestelaw@gmail.com
              Betsy D Thomas    on behalf of Joint Debtor Amalia R. Savala bthomas@prattandthomas.com,
               tpratt@prattandthomas.com;aurelia.eurestelaw@gmail.com
              Carlos Hernandez Vivoni    on behalf of Creditor    THE BANK OF NEW YORK MELLON
               carlos.hernandez-vivoni@bonialpc.com
              David G Peake    court@peakech13trustee.com
              LynAlise Katherine Tannery    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               lynalise.tannery@bonialpc.com,   Chandra.pryor@bonialpc.com
              Tara L Grundemeier    on behalf of Creditor    Harris County houston_bankruptcy@publicans.com
              US Trustee    USTPRegion07.HU.ECF@USDOJ.GOV
              Zachary Nash Wright    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               Zachary.Wright@bonialpc.com,   Chandra.pryor@bonialpc.com
                                                                                             TOTAL: 8
```